No. 79–5594. VALDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–5599. FAISON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–5605. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–313. GORDON v. UNITED STATES; and

No. 79–503. FRIEDLANDER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the convictions. Reported below: 605 F. 2d 210.

No. 79–556. MITCHELL ET AL. v. BINDRIM; and

No. 79–585. DOUBLEDAY & CO., INC. v. BINDRIM. Ct. App. Cal., 2d App. Dist. Motion of Association of American Publishers, Inc., for leave to file a brief as *amicus curiae* in No. 79–585 granted. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari. Reported below: 92 Cal. App. 3d 61, 155 Cal. Rptr. 29.

No. 79–627. NEWCOMER v. INTERNATIONAL BUSINESS MACHINES CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.